# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARON K. ADAMS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 08-2866 |
| | : | |
| **DELAWARE COUNTY,** *et al.* | : | |

## ORDER

**AND NOW**, this 14th day of January, 2009, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Response and Memorandum of Law to Petition for Habeas Corpus (Document No. 14) and the Report and Recommendation filed by United States Magistrate Judge L. Felipe Restrepo (Document No. 15) and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Restrepo is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

      /Timothy J. Savage
      TIMOTHY J. SAVAGE, J.